# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES GOODALL,

    Petitioner,

vs.

VALORIE J. VEGA, et al.,

    Respondents.

Case No. 3:10-CV-00733-LRH-(RAM)

**ORDER**

    Petitioner has submitted a notice of appeal. Petitioner is attempting to appeal to this court the Nevada Supreme Court's denial of his petition for a writ of mandamus. That petition, in turn, arose from the administrative closure of a civil action filed in the Eighth Judicial District Court of the State of Nevada.

    This Court does not have appellate jurisdiction to consider petitioner's claims. "[A]ppellate jurisdiction to reverse or modify a state-court judgment is lodged, initially by § 25 of the Judiciary Act of 1789, 1 Stat. 85, and now by 28 U.S.C. § 1257, exclusively in [the Supreme Court of the United States]. Federal district courts . . . are empowered to exercise original, not appellate, jurisdiction." Exxon Mobil Corp. v. Saudi Basic Industries Corp., 544 U.S. 280, 283 (2005). Having been unsuccessful with his petition for a writ of mandamus in state court, petitioner cannot ask this court to overturn that denial. Id. at 284 (citing District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983), Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923)).

///

///

1    IT IS THEREFORE ORDERED that the clerk of the court shall file the notice of appeal.

2    IT IS FURTHER ORDERED that this action is **DISMISSED** for lack of jurisdiction. The
3 clerk of the court shall enter judgment accordingly.

4    IT IS FURTHER ORDERED that a certificate of appealability, to the extent one is
5 necessary, is **DENIED**.

7    DATED this 10th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE