AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAMES GOODALL,

      Petitioner,   JUDGMENT IN A CIVIL CASE
  V.

                               CASE NUMBER: **3:10-CV-00733-LRH-RAM**

VALORIE J. VEGA, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for lack of jurisdiction. FURTHER ORDERED that a certificate of appealability, to the extent one is necessary, is DENIED.

December 13, 2010                                     **LANCE S. WILSON**
                                                                     Clerk

                                                                      /s/ M. Campbell
                                                                      Deputy Clerk